Joshua S. Evett
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jse@elamburke.com
ISB #5587

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANN DeJONG, M.D., | |
| Plaintiff, | Case No. 1:17-cv-00469-BLW |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| IDAHO STATE BOARD OF MEDICINE, | |
| Defendant. | |

Plaintiff Ann DeJong, M.D., by and through her counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that the above-captioned matter is hereby dismissed with prejudice.

DATED this 4th day of April, 2018.

ELAM & BURKE, P.A.

By: _____
Joshua S. Evett, Of the firm
Attorneys for Plaintiff

4849-9512-1248, v. 1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1